IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., <br><br>　　　　Plaintiff, <br>v. <br><br>PATIENTCLICK, INC., et al., <br><br>　　　　Defendants. | CASE NO. 1:16-CV-764 <br><br>Judge Michael R. Barrett |

**STIPULATION OF DISMISSAL WITH PREJUDICE BY PLAINTIFF PHYSICIANS HEALTHSOURCE, INC.**

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Physicians Healthsource, Inc. hereby dismisses its claims against Defendant, PatientClick, Inc. with prejudice. Each party shall bear its own attorney fees, costs and expenses.

**SO STIPULATED:**

/s/ Matthew Stubbs
George D. Jonson (0027124)
Matthew W. Stubbs (0066722)
Montgomery, Rennie & Jonson
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Telephone: (513) 241-4722
Email: gjsonson@mrjlaw.com
　　　　mstubbs@mrjlaw.com

Brian J. Wanca (admitted pro hac vice)
Anderson + Wanca
3701 Algonquin Road, Suite 500
Telephone: (847) 368-1500
Email: bwanca@andersonwanca.com

*Counsel for Plaintiffs Physicians Healthsource, Inc.*

/s/ Nathan L. Colvin
Nathaniel Lampley, Jr. (0041543)
　*Trial Attorney*
Nathan L. Colvin (0087093)
Vorys, Sater, Seymour and Pease LLP
Great American Tower, Suite 3500
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 723-4000
　Facsimile: (513) 723-4056
　Email: nlampley@vorys.com
nlcolvin@vorys.com

*Counsel for Defendant PatientClick, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve notice of such filing upon all the parties of record.

                                                /s/ Matthew E. Stubbs